UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: WILLIAM T. POSA and <br> DONNA M. POSA <br>     Debtor(s) | : CHAPTER 13 <br> : <br> : <br> : |
| CHARLES J. DEHART, III <br> STANDING CHAPTER 13 TRUSTEE <br>     Movant | : <br> : <br> : <br> : |
| vs. | : <br> : |
| WILLIAM T. POSA and <br> DONNA M. POSA <br>     Respondent(s) | : <br> : <br> : CASE NO. 5-17-bk-03755 |

TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

    AND NOW, this 22nd day of January, 2018, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

    1. Debtor(s)' plan violates 11 U.S.C. Sec. 1325(a)(4) in that the value of property to be distributed under the plan on account of each allowed unsecured claim is less than the amount that would be paid on such claim if the estate were liquidated under Chapter 7. More specifically, debtor's have excess non-exempt equity in the following:

        a. Residential real estate
        b. Business assets

    2. The Trustee avers that debtor(s)' plan is not feasible based upon the following:

        a. Insufficient Monthly Net Income as indicated on Schedules I and J.

    WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

        a. Deny confirmation of debtor(s) plan.
        b. Dismiss or convert debtor(s) case.
        c. Provide such other relief as is equitable and just.

        Respectfully submitted:

        /s/Charles J. DeHart, III
        Standing Chapter 13 Trustee
        8125 Adams Drive, Suite A
        Hummelstown, PA 17036
        (717) 566-6097

CERTIFICATE OF SERVICE

   AND NOW, this  6th  day of February, 2018, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Patrick James Best, Esquire
202 Delaware Avenue
Palmerton, PA   18071

            /s/Deborah A. Behney
            Office of Charles J. DeHart, III
            Standing Chapter 13 Trustee